| | | | | |
|---|---|---|---|---|
| Jones v. State ................... | 49A02–1606–CR–1448 | 07/31/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Simon v. Busbee ............... | 02A03–1612–JP–2811 | 07/31/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Brooks v. State ................. | 49A02–1703–CR–403 | 07/31/2017 | BRADFORD, J.<br>MAY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Strausburg v. Town of Bryant .... | 38A02–1702–SC–329 | 07/31/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Carson v. State ................. | 49A02–1610–CR–2337 | 07/31/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| M.A., In re .................... | 91A02–1702–JT–352 | 07/31/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Haeck v. State ................. | 50A04–1606–CR–1503 | 08/01/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Reversed<br>Concurs<br>Concurs |
| Z.B–M., In re .................. | 32A01–1703–JC–486 | 08/01/2017 | MATHIAS, J.<br>VAIDIK, C.J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| S.T., Commitment of v. Madison State Hospital ............... | 49A02–1610–MH–2401 | 08/03/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| S.E. v. Indiana Department of Child Services ............... | 84A01–1702–JC–358 | 08/03/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Bates v. State .................. | 79A02–1701–CR–100 | 08/04/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Wallace v. State................. | 18A02–1611–CR–2691 | 08/04/2017 | VAIDIK, C.J.<br>MATHIAS, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |